DECEMBER 13, 1940

**No. 44987.—**.—*United States* v. *Astra Bentwood Furniture Co.* C. D. 273 reversed, C. A. D. 147.

**No. 44988.—**.—*United States* v. *J. E. Bernard & Co., Inc.* C. D. 288 reversed, C. A. D. 142.

**No. 44989.—**—*Julius Forstmann & Co.* v. *United States.* C. D. 268 affirmed, C. A. D. 149.

DECEMBER 14, 1940

**No. 44990.—**—*United States* v. *William Steck & Co., Inc.,* and *William Steck & Co., Inc.* v. *United States.* C. D. 236 modified, C. A. D. 144.